UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                           :
JOSE MEIJA,                                     :

                           Plaintiff,        :
                                                    :       22-CV-3667 (VSB)
               -against-             :
                                                    :       **ORDER**
HIGH BREW COFFEE, INC.,                  :

                       Defendant.     :

------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

       Plaintiff filed this action on May 5, 2022.  (Doc. 1.)  On May 31, 2022, Plaintiff returned a summons indicating that Defendant had been served on May 17, 2022.  (Doc. 5.)  Defendant's response to Plaintiff's complaint was thus due on June 7, 2022.  (*Id.*)  Defendant has yet to appear in this action.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, Plaintiff must seek default judgment in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 30, 2022.  If Plaintiff fails to do so or otherwise demonstrates that he does not intend to prosecute, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 8, 2022
            New York, New York

                                                                                   VERNON S. BRODERICK
                                                                                  United States District Judge