```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
JOSE MEJIA,                                                :
                                                           :
                              Plaintiff,                   :
                                                           :         22-CV-3667 (VSB)
                -against-                                  :
                                                           :              ORDER
HIGH BREW COFFEE, INC.,                                    :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On August 11, 2022, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Doc. 15.)  On October 18, 2022, I ordered Defendant to file a letter indicating whether its motion to dismiss should be deemed moot without prejudice to refile a new motion to dismiss, or if I should evaluate Defendant's current motion to dismiss in light of the facts alleged in the amended complaint.  (Doc. 20.)  Defendant filed a letter stating that it intended to file a revised motion to dismiss, (Doc. 21), and I ordered Defendant to file its revised motion by November 1, 2022, (Doc. 22).  To date, Defendant has not filed a revised motion to dismiss.  Accordingly, it is hereby

ORDERED that Defendant file its revised motion to dismiss by November 9, 2022.

SO ORDERED.

Dated: November 4, 2022
       New York, New York

_____
Vernon S. Broderick
United States District Judge