**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE MEJIA,

                Plaintiff,

    -against-                                  22 **CIVIL** 3667 (LTS)

                                              **JUDGMENT**

HIGH BREW COFFEE INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated September 30, 2024, Defendant's motion to dismiss the Complaint is granted in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2024

                                                **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                **BY:**        *K. Mango*

                                                **Deputy Clerk**